**Electronically Filed**
**Supreme Court**
**SCWC-14-0000919**
**02-DEC-2014**
**10:14 AM**

SCWC-14-0000919

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MARILYN H. MITCHELL, Individually and as Personal Representative of the ESTATE OF GILBERT MINORU SUGAI, Deceased, ANNA SUGAI, DON P. SUGAI, and DIANA SUGAI, Respondents/Plaintiffs-Appellees,

vs.

AURORA C. MARIANI, M.D., Petitioner/Defendant-Appellant,

and

WAHIAWA GENERAL HOSPITAL, WAHIAWA NURSING AND REHABILITATION CENTER, and BARON C.K.W. WONG, M.D., Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000919; CIVIL NO. 12-1-2190-08)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on October 24, 2014, is hereby rejected.

DATED: Honolulu, Hawai'i, December 2, 2014.

| | |
|---|---|
| Kelvin H. Kaneshiro, for petitioner | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| David L. Fairbanks and Gregory Y. P. Tom, for respondents | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |
| | /s/ Michael D. Wilson |

